UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

SHELBY HOLCOMB,

           Defendant.

**DECISION AND ORDER**

19-CR-198-A

     This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On February 12, 2021, defendant Shelby Holcomb appeared before Magistrate Judge McCarthy and entered a plea of guilty to Count 1 of the Indictment which charges him with Felon in Possession of Ammunition in violation of 18 U.S.C. § 922(g)(1).

     Magistrate Judge McCarthy issued a Report and Recommendation (Dkt. No. 42) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. It is hereby

     **ORDERED** that, upon review of the transcript of the February 12, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Holcomb's plea of guilty was knowing, voluntary, and has a factual basis. Accordingly, defendant Holcomb's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation. Dkt. No. 42. Sentencing is scheduled for July 9, 2021 at 12:30 pm.

The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

  **IT IS SO ORDERED.**

            ___*s/Richard J. Arcara*_____
           HONORABLE RICHARD J. ARCARA
           UNITED STATES DISTRICT COURT

Dated: March 25, 2021